IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN R. FRANKS, #277822, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-946-TMH |
| | ) | |
| BOBBY BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 20) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this the 22nd day of May, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE